340 A.2d 452

**COMMONWEALTH of Pennsylvania**

v.

**Robert Matthew CHOICE, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1974.

Decided July 18, 1975.

Martin A. Heckscher, Duane, Morris & Heckscher, Philadelphia, for appellant.

Arlen Specter, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., David Richman, Asst. Dist. Atty., Chief, Appeals Division, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

The Court being equally divided, the judgment of sentence is affirmed.

EAGEN, O'BRIEN and POMEROY, JJ., would affirm.

ROBERTS, NIX and MANDERINO, JJ., would reverse and remand for a new trial.

JONES, C. J., did not participate in the consideration or decision of this case.